JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: candace.kelly@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-0850 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING, TO SET A DATE FOR CHANGE OF PLEA AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MEHRAN T. ZANJANI, | |
| Defendant. | |

STIPULATION

1. The parties in the above-captioned case are currently scheduled to appear before this Court on January 23, 2009 at 2:00 p.m. for a status or trial setting. The parties respectfully request that the hearing be postponed for one week to January 30, 2009 at 2:00 p.m. and that the matter be set for a change of plea. The reason for this one week continuance is that the attorney for the government who is handling this case and who is familiar with the facts of the case and the terms of the plea agreement will be out of the office on business travel during the week of January 19, 2009 and therefore unable to appear at the scheduled time.

STIPULATION AND [PROPOSED] ORDER
CR 08-0850 MMC

1   2. Both counsel stipulate and agree that time should be excluded from January 23, 2009,
through and including January 30, 2009, from the Speedy Trial Act under 18 U.S.C.
§§ 3161(h)(8)(A) and (B)(iv) in order to allow the government continuity of counsel and under
3161(h)(1)(I) to allow the Court to consider the proposed plea agreement in this case.

SO STIPULATED.

DATED: January 15, 2009　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　RONALD TYLER
　　　　　　　　　　　　　　　　　　Attorney for Defendant Zanjani


DATED: January 16, 2009　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　CANDACE KELLY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny the government continuity of counsel 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that the continuance will allow the Court adequate time to consider the proposed plea agreement into which the parties intend to enter as a resolution of this case.

Accordingly, and with the consent of the defendant, the Court continues the matter to January 30, 2009 at 2:00 p.m. for a change of plea hearing and orders that the period from January 23, 2009 through and including January 30, 2009 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (h)(B)(iv) and (h)(1)(I).

IT IS SO ORDERED.

DATED: January 16, 2009　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 08-0850 MMC