1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant ZANJANI
7
8
9                    IN THE UNITED STATES DISTRICT COURT
10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,        )   No. CR 08-0850 MMC
                                    )
13         Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER TO CONTINUE SENTENCING**
14     v.                           )   **HEARING**
                                    )
15 MEHRAN T. ZANJANI,               )   AND ORDER THEREON
                                    )
16         Defendant.                )
   _____  )
17
                        **STIPULATION**
18
       Defendant and the government, through their respective counsel, hereby stipulate that the
19
   sentencing hearing in the above-captioned matter, presently scheduled for June 3, 2009, may be
20
   continued to July 8, 2009, at 2:30 p.m. Additional time is needed to complete the pre-sentence
21
   report and for counsel to then prepare for sentencing.
22
       All parties and the probation officer are available on the requested date.
23
   //
24
   //
25
   //
26

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING; *U.S. v. Zanjani*
No. CR 08-0850 MMC                    1

IT IS SO STIPULATED:

Dated:   May 15, 2009               /s/_____
                                    RONALD C. TYLER
                                    Assistant Federal Public Defender
                                    Attorney for Mehran Zanjani

Dated:   May 15, 2009               /s/_____
                                    ELISE BECKER
                                    Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for June 3, 2009 shall be continued to July 8, 2009, at 2:30 p.m.

**IT IS SO ORDERED**.

Dated:   May 19, 2009               _____
                                    HONORABLE MAXINE M. CHESNEY
                                    UNITED STATES DISTRICT COURT JUDGE