IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MEHRAN T. ZANJANI,<br><br>    Defendant. | No. CR 08-0850 MMC (EDL)<br><br>STIPULATION AND [PROPOSED]<br>ORDER PERMITTING TRAVEL |

**STIPULATION**

The defendant needs to travel to San Diego to pickup his mother, who is visiting her sister. He and his mother also wish to visit his brother in Hinkley, California (near Barstow) on the way back to the Bay Area. Mr. Zanjani would like to fly to San Diego on Friday, June 12, drive to Hinkley from San Diego on June 13, and would return to this district on June 18, 2009. Accordingly the parties agree that he should be allowed to travel as indicated.

It is so stipulated.

DATED:   June 9, 2009          ____/s/_____
                               RONALD C. TYLER
                               Assistant Federal Public Defender
                               Counsel for Mehran Zanjani

STIP & ORDER PERMITTING TRAVEL
*United States v. Mehran Zanjani*
CR 08-0850 MMC (EDL)          - 1 -

1 DATED: June 9, 2009 _____/s/_____
ELISE BECKER
2 Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel as follows: to San Diego on Friday, June 12, to Hinkley from San Diego on June 13 and returning to this district on Thursday, June 18, 2009.

IT IS SO ORDERED.

DATED: 6/10/09

for
_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*(Signed: Judge Joseph C. Spero)*

STIP & ORDER PERMITTING TRAVEL
*United States v. Mehran Zanjani*
CR 08-0850 MMC (EDL) - 2 -