JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    Email: elise.becker@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEHRAN ZANJANI, ) <br> ) <br> Defendant. ) <br> _____ ) | CR 08-0850 MMC <br><br> ~~(PROPOSED)~~ ORDER <br> CONTINUING SENTENCING <br><br> Date: July 8, 2009 <br> Time: 2:30 p.m. |

    The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney, hereby requests that the sentencing in the above captioned case be continued from July 8, 2009 to September 25, 2009, at 2:00 p.m.  The reason for the continuance is that the government needs additional time to prepare its sentencing recommendation to the Court, and counsel for the defendant, Ronald Tyler, is unavailable during the month of August.

    Mr. Tyler and Probation Officer Insa Bel'Ochi are both available on September 25, 2009, and do not object to the continuance.  The defendant, Mehran Zanjani, is out of custody and the

ORDER CONTINUING SENTENCING
CR 08-0850 MMC

1 | Speedy Trial Act does not apply to the case at this time.

3 | DATED: July 6, 2009          Respectfully submitted,

4 |                              JOSEPH P. RUSSONIELLO
                                 United States Attorney

7 |                              _____/s/_____
                                 Elise Becker
                                 Assistant United States Attorney

9 | SO ORDERED.

11 | Dated: July  7 , 2009        _____
                                  MAXINE M. CHESNEY
12 |                              UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
CR 08-0850 MMC