JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    Email: elise.becker@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-0850 MMC |
|     Plaintiff, | ) | |
| | ) | (~~PROPOSED~~) ORDER |
| v. | ) | CONTINUING SENTENCING |
| | ) | |
| MEHRAN ZANJANI, | ) | Date: September 25, 2009 |
| | ) | Time: 2:30 p.m. |
|     Defendant. | ) | |

    The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney, and Shawn Halbert, counsel for the defendant, hereby request that the sentencing in the above captioned case be continued from September 25, 2009, to November 13, 2009, at 2:00 p.m.  The reason for the continuance is that the defendant has received new counsel within the Federal Defender's Office, and new counsel needs time to prepare for sentencing.

    Shawn Halbert, defendant's new counsel, and Probation Officer Insa Bel'Ochi are both available on November 13, 2009, and do not object to the continuance.  The defendant, Mehran

ORDER CONTINUING SENTENCING
CR 08-0850 MMC

1  Zanjani, is out of custody and the Speedy Trial Act does not apply to the case at this time.

2

3  DATED: September 18, 2009                Respectfully submitted,

4                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
5

6
                                            _____/s/_____
7                                           Elise Becker
                                            Assistant United States Attorney
8

9  SO ORDERED.

10

11  Dated: September 18  , 2009             _____
                                            MAXINE M. CHESNEY
12                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING SENTENCING
CR 08-0850 MMC