BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Mehran Zanjani

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0850 MMC (EDL) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER PERMITTING TRAVEL |
| | ) | |
| MEHRAN T. ZANJANI, | ) | |
| | ) | |
| Defendant. | ) | |

- 1 -

**STIPULATION**

The defendant is requesting permission to travel to Hinkley, California to visit his brother (whose address has been provided to the government) for a duration of one week. He would like to drive there to Hinkley with his mother on Friday, October 16, 2009 and return home on Saturday, October 24, 2009. Accordingly the parties agree that he should be allowed to travel as indicated.

IT IS SO STIPULATED:

DATED:   October 14, 2009        ____/s/_____
                                 SHAWN HALBERT
                                 Assistant Federal Public Defender
                                 Counsel for Mehran Zanjani


DATED:   October 14, 2009        ____/s/_____
                                 ELISE BECKER
                                 Assistant United States Attorney


**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel as follows: to Hinkley, California on Friday, October 16, 2009 and return to this district on Saturday, October 24, 2009.

IT IS SO ORDERED.


DATED:   October 15, 2009        _____
                                 ELIZABETH D. LAPORTE
                                 UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

STIP & ORDER PERMITTING TRAVEL
*United States v. Mehran Zanjani*
CR 08-0850 MMC (EDL)                    - 2 -