1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant Mehran Zanjani
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )
                                      )   No. CR 08-0850 MMC (EDL)
                Plaintiff,            )
12                                    )   STIPULATION AND [PROPOSED]
    vs.                               )   ORDER PERMITTING TRAVEL
13                                    )
    MEHRAN T. ZANJANI,                )
14                                    )
                Defendant.            )
15  _____)

- 1 -

**STIPULATION**

The parties previously stipulated and this Court ordered that defendant was permitted to travel to Hinkley, California to visit his brother for a duration of one week, between October 16, 2009 and October 24, 2009. Undersigned defense counsel has informed the government that due to a misunderstanding within the Federal Defender's Office, Mr. Zanjani was unfortunately not informed of his right to travel until October 20, and thus he did not leave until October 21, 2009. Thus, the parties agree that Mr. Zanjani's travel dates should be modified to allow him to return home no later than Thursday, October 29, 2009.

IT IS SO STIPULATED:

DATED:   October 23, 2009        _____/s/_____
                                 SHAWN HALBERT
                                 Assistant Federal Public Defender
                                 Counsel for Mehran Zanjani


DATED:   October 23, 2009        _____/s/_____
                                 ELISE BECKER
                                 Assistant United States Attorney


**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, this Court's order (filed October 16, 2009) permitting defendant to travel to Hinkley, California is modified such that Mr. Zanjani must return home no later than October 29, 2009 (rather than October 24, 2009).

IT IS SO ORDERED.

DATED:                           _____
                                 ELIZABETH D. LAPORTE
                                 UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

STIP & ORDER PERMITTING TRAVEL
*United States v. Mehran Zanjani*
CR 08-0850 MMC (EDL)                                    - 2 -