1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant Mehran Zanjani
6

FILED

OCT 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,           )
                                        )   No. CR 08-0850 MMC (EDL)
              Plaintiff,                )
12                                      )
    vs.                                 )   STIPULATION AND [PROPOSED]
13                                      )   ORDER PERMITTING TRAVEL
    MEHRAN T. ZANJANI,                  )
14                                      )
              Defendant.                )
15  _____)
16
17
18
19
20
21
22
23
24
25
26

- 1 -

## STIPULATION

The parties previously stipulated and this Court ordered that defendant was permitted to travel to Hinkley, California to visit his brother until October 29, 2009. Due to issues that have arisen in Mr. Zanjani's family, he requests permission to return to the Bay Area on Monday, November 2. In an abundance of caution and in case there are further family developments, undersigned defense counsel requests that he be permitted to return no later that November 3, 2009. The government agrees to this extension of Mr. Zanjani's family trip to November 3, 2009.

IT IS SO STIPULATED:

DATED: October 28, 2009

/s/
SHAWN HALBERT
Assistant Federal Public Defender
Counsel for Mehran Zanjani

DATED: October 28, 2009

/s/
BRIAN STRETCH
Criminal Division Chief, U.S. Attorney's Office

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, defendant's return from his family trip to Hinkley, California is extended such that Mr. Zanjani must return home no later than November 3, 2009.

IT IS SO ORDERED.

DATED: Oct 29, 2009

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIP & ORDER PERMITTING TRAVEL
*United States v. Mehran Zanjani*
CR 08-0850 MMC (EDL)                    - 2 -

**Other Documents**
3:08-cr-00850-MMC USA v. Zanjani
E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document. *If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Halbert, Shawn entered on 10/28/2009 5:16 PM and filed on 10/28/2009
**Case Name:** USA v. Zanjani
**Case Number:** 3:08-cr-00850-MMC
**Filer:** Dft No. 1 - Mehran T. Zanjani
**Document Number:** 37

**Docket Text:**
**STIPULATION *AND [PROPOSED] ORDER PERMITTING TRAVEL* by Mehran T. Zanjani (Halbert, Shawn) (Filed on 10/28/2009)**

**3:08-cr-00850-MMC-1 Notice has been electronically mailed to:**

Elise Becker    elise.becker@usdoj.gov, wilson.wong@usdoj.gov

Shawn Halbert    shawn_halbert@fd.org

**3:08-cr-00850-MMC-1 Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\Zanjani, Mehran 08436\Zanjani Travel_Oct 28.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/28/2009] [FileNumber=5788821-0]
[86cf9ad5101421404b65ebf3fd132733f326f928eb7d369e173a632d6bec8ab5e773
7a4a0fe4ae55e889aea65823598e6e93c04aac0f37e89bc3052d3eeddf0c]]